$ 041L11239490   4:13-cv-89

TITLE OF DOCUMENT  E Tommis
                    T.D.O.C. Fed System
9-16-13             #303489
THROUGH              384489
GRIEVANCE
BOARD C/o greene:   NO: 145-11

Shielded
of my life
cause of
They convicted                    DEC 23 2013
me falsiely
In Maury                          Clerk, U. S. District Court
County                            Eastern District of Tennessee
which is                          at Chattanooga
Columbia
TN 38401.]  EXAMPLE
            BODY OF DOCUMENT

THROUGH A Clemency and executive Board NIXON
TN 37473] also motion to reopen post conviction Relief.)
State of Correction sentencing project ] Seeding project ]
MO,. ] ALL EXPIRED CASES Showing Active sent to
Nashville C/O Benkely       T.B.I. :7234
                   8 REO        pp<=Ss.Ht,
TINA NEWMANN      12 Black   Running At Same Time)
RECORD SMS       TOTAL false
                 DO
                Turned to 11 lefted up 13 to 14
                    Down to 1 year two month
                      Down 1 month
                        Which December 12th
                        OR 13th over 20th 2013]
                         Expired/probated]
            Certificate of service
                 William Martin
        Rule(5) B(I).

#041L11239490

Memorume:

TITLE of Document
12:02550-CV-JOB
"December 12-24th-13" Probited
to MARCH March 5th
(Full expiration)

DATE: 5-24-13

SUBJECT: Returned legal mail postage due!!

MARTIN William: State of Correction Sentencing Project
Sixth Fl Rachel Jackson Bldg.
Nashville, TN 37203-0465

Privileged mail addressed to:

was returned "postage Due By" the U.S postal service.

Please send $ .46 or 1 stamps to cover the postage due.

C/o Qnisly
Mailroom staff
West TN State Penitentiary

Certificate of Service
Rule 5 8(s) Martin William

#041L11239490

Memorume:

William MARTIN:

TITLE OF DOCUMENT

12: 02550-CV-JDB

DATE: ~~~~ 5-20-13 → Body of Documents ] EXPIRED
December 12-13-13 ) January 20th ]
Probated Dec. 20th

Subject: Returned legal mail postage Due! State of Correction Sentence
Project Sixth Fl Rachel Jackson
Bdg Nashville, TN 37203-0465

privileged mail addressed to:

Was returned "postage Due By the U.S. Postal service.

Please send $ .46 or 1 Stamps to cover
the postage due

C/O Qinsly
Mail Room Staff
West TN State Penitentiary

Certificate of Service.
(5) B.(1) William Martin.

WILLIAM MARTIN  
V.  
JERRY LESTER  
Warden

TITLE of Document

BODY of Document:

( ) United States District Court  
( ) Chattanooga TN Eastern District  
( ) #04L11239490  
( ) NO: 12-02550-CUJD Breen  

# 35684

HSU- Willie I- ~~263831~~  
263831 ] I. filed furlough for the Williamson County Medical Center through your Court System, Reason Sokamander Sicka cell disease with Bone cancer in chin a little Achills hee) Tendon tear cancer [ Columbia health care treated me in A lung Biopsie, where treatment through Cat Scan a little "dye" INJECTION treatment Shot in me for my leg Right one, which happened on a Garabage truck Behind Wendys in 2001 Maury Co.]

Body of Documents  
Title of Documents  
[Violates my 7 to 8th Amendement Rights of the federal constitution]

medical showed chest ex-ray with spot on Bad Lung But claimed it was O.K when discomfort was the real problem, on 4-3-13 - two heart attacks still nothing by officials No outside hospital or check up until later] here recently shortness of breath and Shacks that feels like tremoirs or sweats real Bad must Be Sent to furlough in williamson county Hospital for medical Reasons T.D.O.C. Said to apply for a furlough in 2012 NOU and Sent me the real papers from Shirrel Ray Dyre county Co. parole Office but mistake was lost it once I went to medical Back in march of 2013.] Lakayla Donaldson RN told me to go through the issues But wouldn't go on where 43113 medical chart shewed from above issues Real painful.]

Still Waiting on Williamson County
furlougH = 2248 — 4332 Haynes Faulks Bills.]
Half of time kicks you out of prison weather
Hospital or half House OR Home OR some type mental
Hospital for TRauMALazation causes.]

William MARTIN
v.
Henry LESTER
~~J#~~ LESTER
JERRY

) UNITED STATES DISTRICT COURT
) EASTERN DISTRICT:
) CHATTA⊕NOOGA TN.]
) #041L11239490
)
)
)
)
) $268,000 000 000 000 000
) NO: 12: 02550-CV- JD Breen
) WON 10-15-13

EXAMPLE OF Body DOCUMENTS

) ISSUES Raised [Indifferrence Law suite]
)
)
) :7234 T.B.I.
TITLE OF DOCUMENT: :14511
RPCCSS.H.

ALL EXPired CASES ARE SHOWING ACTIVE SenT

NASHville FOR CORRECTING SENTENCING] C/O Benkely]

(8 RED)

(12 Black)

TOTAL 20. MEANING IM IN a Nolo Prosecute Situation Waiting for

Release from Prison, Which I Should Been Home accorrding 2011]

Like under MARtin William #384489 I was suppose to Been let go accorrding to 5-24-13 memoRume: from State of correction Sentencing project which William MARTIN # 303489 Is the same under

TiwA NewMANN] another memoRume: 12-12-13 DecemBeR]
S.M.S. RECORDS

Case 4:13-cv-00089-HSM-CHS   Document 1   Filed 12/23/13   Page 6 of 8   PageID #: 6

Haynes faulks Bill:
2248 | 4332

"Furlough" is still needed

For williamson County medical center] Sent one with a HSU-Willie a few weeks ago So kamanadoseow A Rare form of Sicka Cell- Cancer In my Achillis Heel Tendon also chin Bowe since late 2001, which columbia Health care knows about and the Lung center off trotwood Ave.] lung Biopsiy they did on me in the hospital about 1:15 pm or earlier that By a Indian Doctor couple of nurses which I had a private Room there I Broken Right hand Sighned Sick call 12-16-13 They still Didn't give me medical treatment under #303489 T.D.O.C. Number from eTommis T.DOC 9-16-13 refused
medical knowing I got HSU-Willie
T-~~286387~~
263831.]

Which it violate my Rights under 7th 6th Amendment Rights By refusal of treatment, seriousely I need while here]

According to the Bill up top Haynes faulks after Half your sentence it suppose to kick you out of prison To Societty I'm pasted that, all expired cases showing Article sent to state of Correctial Sentencing Project And seeding Project of MO, executive clemency board nixon TN ]

Martin, William #384489
W. T. S. P. Po Box 1150
480 Green Chapel RD
Henn, TN 38041-150

District Court Clerk Office)
Chattanooga Division
900 Georgia Ave, Room 309
Chattanooga TN 37402

20 2013