TRANSFERR Suppose to BEGW
Gong Legal work stolen ?
4-3-14

#1340
WilliAM T. MARTIN
V.
JOE EASTLING Warden

NO: 145111
NO: ~~1:12-CV-00037~~
4:13-CV-89

**FILED**

21 2014

2241 - 2254

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Motion REQUEST of Status Case Above / Also Certiorari
→ ~~1:13-CV-00037~~

InMATES Motion to reopen post conviction relief In THE Supreme Court Robert Lee Cooper JR Building, CASE: 145111 Is Not Heard of As Now Since 2012 December 16. Should runn with 2241-2254 Habeas Corpus open on 4-3-14 through CERTIORARI
United STATES, petitioner
V.
Linda AGURS No. 75,491,

Motion should be over turned And walked off property Accorrdingly To Above case: NO.75,491.

with 2255 for Sentence Already suppose Broke Down DOL 60: ~~~~
OR months left DO 52:
Defendant's conviction of second degree Month left murder was Reversed by United States court of Appeals for the District ~~United~~ States court of Appeals for Appeals for the District of columbia Circuit, 167 U.S. APP D.C.

28, 510 F.2d 249, Rehearing en Banc was Denied, 171 U.S. App. D.C. 350, 520 F.2d 82, and ~~Certiorari was granted.~~

Pyle v. Kansas, 317 U.S. 213 63 S. Ct. 177, 87 Led 214; Alcorta v. Texas 355 U.S. 28 78 S. Ct. 103, 2 Led 2d 9; Giglio v. United States, 405 U.S. 150, 92 S.Ct. 763, 31 Led. 2d 104;
Trying to use intimidation to scare Inmate William T. Martin from out side Society prison officials on the street through Clemency filed a couple of week prior ]
No disrespect Case #14511 Maury County Circuite should Be Dismiss with preJustice cause DA Chrysty L. Thompson Dated me in Area of Al Green v. 11th street through Sputnick witness protection case 1998 & 1999 Finish 2nd ]
Seriously under Knewley Discovered Evidence Brady v. Maranda 373 U.S. 83, 83 S.Ct 1194 10 Led 2d 215, Brady v. Maryland ~~373~~ 373 U.S. 83 83 S.Ct. 1194 10 Led
CA Fed paid me 260 thousand a year from 1998 1999 201
Write unclaimed Money for my Enssumed tag from Almost Being Killed" By Gangs while working for Public Sanitation 931. ~~32~~ 8 8650