UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| WILLIAM TERRANCE MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 4:13-CV-89-HSM-CHS |
| ) | |
| WILLIAMSON MEDICAL CENTER, ) | |
| WEST TENNESSEE STATE ) | |
| PENITENTIARY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM**

On January 15, 2015, the Court entered an order in this pro se prisoner's civil rights action under 42 U.S.C. § 1983, advising Plaintiff of his obligation to either pay the filing fee or to submit an application for leave to proceed *in forma pauperis*, supported by a certified copy of his six-month trust account statement [Doc. 3]. The Court further advised Plaintiff of certain deficiencies in his complaint and warned him that, unless within thirty days, he filed a completed and signed amended complaint, correcting those deficiencies, along with either the $400.00 civil filing fee or a properly supported *in forma pauperis* application, his case would be dismissed for failure to prosecute and to comply with the orders of the Court [*Id.*].

More than thirty days have passed since entry of the order, and while Plaintiff has filed an amended complaint, the deficiencies cited in the order remain uncorrected in the amended pleading [Doc. 4]. Equally important, Plaintiff has not submitted either the civil filing fee or a motion for leave to proceed *in forma pauperis* in this action.

Accordingly, this case will be **DISMISSED** by separate order for Plaintiff's failure to comply with the orders of this Court. Rule 41(b) of the Federal Rules of Civil Procedure; *Link*

*v. Wabash R. Co*., 370 U.S. 626, 630-31 (1962) (recognizing a court's authority to dismiss a case sua sponte for lack of prosecution).

**ENTER:**

                                       */s/ Harry S. Mattice, Jr.*
                                       HARRY S. MATTICE, JR.
                                       UNITED STATES DISTRICT JUDGE