UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| WILLIAM TERRANCE MARTIN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 4:13-CV-89-HSM-CHS |
| WILLIAMSON MEDICAL CENTER, WEST TENNESSEE STATE PENITENTIARY, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, this pro se prisoner's civil rights action filed under 42 U.S.C. § 1983 is **DISMISSED** for failure to comply with the orders of the Court. Fed. R. Civ. P. 41(b). The Court **CERTIFIES** that any appeal taken in this matter would not be taken in good faith. 28 U.S.C. § 1915(a)(3). Thus, should Plaintiff file a notice of appeal, he also must pay the full appellate filing fee of five-hundred, five dollars ($505.00) or submit a motion for leave to appeal *in forma pauperis* and a certified copy of his inmate trust fund account showing the transactions in the account for the last six months. 28 U.S.C. § 1915(a)(2).

**SO ORDERED**.

                                                    */s/ Harry S. Mattice, Jr.*
                                                    HARRY S. MATTICE, JR.
                                                    UNITED STATES DISTRICT JUDGE

      **ENTERED AS A JUDGMENT**
        */s/ Debra C. Poplin*
         **CLERK OF COURT**